# Order

Michigan Supreme Court
Lansing, Michigan

November 4, 2020

161495

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOIE RAYSHAWN BELL,
      Defendant-Appellant.

SC: 161495
COA: 352605
Wayne CC: 10-013057-FC

_____/

On order of the Court, the application for leave to appeal the April 17, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court to determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant at an evidentiary hearing pursuant to *People v Ginther*, 390 Mich 436 (1973). The circuit court shall determine whether the defendant's former appellate counsel rendered ineffective assistance on direct appeal. If it is determined that appellate counsel was ineffective, the defendant shall be entitled to the assistance of appointed counsel to pursue a motion for relief from judgment pursuant to MCR subchapter 6.500. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2020



Clerk

t1028